IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THEHOMEMAG HOLDING COMPANY, LLC,<br><br>    Defendant. | Civil Action No.: 1:21-cv-00153-LY<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant TheHomeMag Holding Company, LLC in the within action WITHOUT PREJUDICE. TheHomeMag Holding Company, LLC has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: April 9, 2021 | Respectfully submitted, |
| Jay Johnson<br>KIZZIA & JOHNSON, PLLC<br>1910 Pacific Avenue – Suite 13000<br>Dallas, Texas 75201<br>Telephone: (214) 451-0164<br>Facsimile: (214) 451-0165<br>Email: jay@kjpllc.com | SAND, SEBOLT & WERNOW CO., LPA<br><br>*/s/ Andrew S. Curfman*<br>Andrew S. Curfman (*Pro hac vice*)<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: andrew.curfman@sswip.com<br><br>ATTORNEYS FOR PLAINTIFF |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on April 9, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                */s/ Andrew S. Curfman*
                                                Andrew S. Curfman